UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04CR 10148 RCL** |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | VIOLATION: |
| ) | 18 U.S.C. § 844(i) |
| SHAWN SANDLER ) | Arson; |

INDICTMENT

COUNT ONE:   (18 U.S.C. §§ 844(i) and 2 - Arson)

The Grand Jury charges that:

On or about June 19, 2003, at Chelsea, in the District of Massachusetts,

SHAWN SANDLER

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a building used in interstate or foreign commerce and in activities affecting interstate or foreign commerce, to wit: a store called Slaton's Furniture, Jewelry and Appliances, located in a building at 288 Broadway, Chelsea, Massachusetts, and its contents.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

<u>COUNT TWO</u>:       (18 U.S.C. §§ 844(i) and 2 - Arson)

The Grand Jury further charges that:

On or about July 23, 2003, at Chelsea, in the District of Massachusetts,

SHAWN SANDLER

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a building used in interstate or foreign commerce and in activities affecting interstate or foreign commerce, to wit:  a store called Doug's Bargain Store, located in a building at 472 Broadway, Chelsea, Massachusetts, and its contents.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                May 12, 2004 @ 3:40 PM


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk