UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10148-RCL

UNITED STATES OF AMERICA

v.

SHAWN SANDLER

**FURTHER ORDER ON EXCLUDABLE TIME**

July 1, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 1, 2004 through August 24, 2004,

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior order of the court dated May 21, 2004, and this order, at the time of the Interim Status Conference on August 24, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (June 18 - June 30, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

                                         / s / Judith Gail Dein
                                         JUDITH GAIL DEIN
                                         United States Magistrate Judge