UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10148-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN SANDLER | ) | |
| | ) | |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the United States and Defendant Shawn Sandler (collectively, the "parties") state as follows:

(1) The defendant requests three weeks to file a request for discovery.

(2) The government anticipates providing additional discovery regarding expert witnesses.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not requested notice of an alibi by the defendant.

(5-6) The defendant may file one or more motions to suppress and requests that a briefing schedule be set.

(7) The parties presently believe the case will proceed to trial.

(8) The parties estimate that the trial will last approximately five to seven trial days.

| | |
|---|---|
| SHAWN SANDLER<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/Miriam S. Conrad_____<br>MIRIAM S. CONRAD, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd floor<br>Boston, MA 02210<br>(617) 223-8061 | /s/Donald L. Cabell_____<br>DONALD L. CABELL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3105 |

August 23, 2004