UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10148-RCL

UNITED STATES OF AMERICA

v.

SHAWN SANDLER

## FURTHER ORDER ON EXCLUDABLE TIME

August 24, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 24, 2004 through October 13, 2004,

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated May 21, 2004, July 1, 2004 and this order, at the time of the Final Status Conference on October 13, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (June 18 - June 30, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

/ Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge