UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10148-RCL |
| | ) | |
| SHAWN SANDLER | ) | |

ASSENTED-TO MOTION TO ENLARGE TIME FOR
FILING MOTION TO SUPPRESS STATEMENTS

    Defendant, Shawn Sandler, respectfully moves that this Court enlarge the time for him to file his Motion to Suppress from December 3 until January 10.

    As grounds for this motion, defendant states that his counsel has been occupied with a number of matters requiring her immediate attention, including a case set for trial on December 6, and is awaiting receipt of the transcript of the recent detention hearing.

    Assistant U.S. Attorney Donald Cabell has stated that he assents to this motion. Counsel agree that the time from December 3 until January 10 should be excluded under the Speedy Trial Act.

    SHAWN SANDLER
    By his attorney,

    /s/Miriam Conrad

    Miriam Conrad
      B.B.O. # 550223
    Federal Defender Office
    408 Atlantic Ave., 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061