UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10148-RCL |
| | ) | |
| SHAWN SANDLER | ) | |

ASSENTED-TO MOTION TO FURTHER ENLARGE TIME FOR
FILING MOTION TO SUPPRESS STATEMENTS

    Defendant, Shawn Sandler, respectfully moves that this Court enlarge the time for him to file his Motion to Suppress from January 10 until February 14.

    As grounds for this motion, defendant states that his counsel has been occupied with a number of matters requiring her immediate attention, including an ongoing Daubert hearing in the case of United States v. Rudy Frabizio, Criminal No. 03-10283-NG.  Assistant U.S. Attorney Donald Cabell has stated that he assents to this motion.  Counsel agree that the time from January 10 until February 14 should be excluded under the Speedy Trial Act.

                                                    SHAWN SANDLER
                                                    By his attorney,

                                                    /s/Miriam Conrad

                                                    Miriam Conrad
                                                      B.B.O. # 550223
                                                    Federal Defender Office
                                                    408 Atlantic Ave., 3rd Floor
                                                   Boston, MA 02110
                                                   Tel: 617-223-8061