**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10148-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN SANDLER | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the final status conference in this matter, presently scheduled for February 16, 2005, to on or about March 8, 2005, to accommodate respective counsels' schedules. The undersigned AUSA has spoken with the defendant's counsel and she assents to the motion, and further agrees that the time encompassed by the continuance should be excluded for purposes of the Speedy Trial Act.

                                              Respectfully submitted,
                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                            BY:   /s/Donald L. Cabell
                                              Donald L. Cabell
                                              Assistant U.S. Attorney
                                              One Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3105

February 15, 2005