UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10148-RCL |
| ) | |
| SHAWN SANDLER   ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant, Shawn Sandler, respectfully moves that this Court continue the status conference currently scheduled for April 27 for approximately one week.

As grounds for this motion, defendant states that his counsel is scheduled to appear for a motions hearing at 2:30 p.m. on April 27 in the case of United States v. Rudy Frabizio, Criminal No. 03-10283-NG.

As further grounds, undersigned counsel states that she needs additional time to prepare and file a motion for discovery and motion to suppress in this case.

Assistant U.S. Attorney Donald Cabell has stated that he assents to this motion.

SHAWN SANDLER
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
  B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

April 26, 2005_____