# EXHIBIT

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10148-RCL |
| | ) | |
| SHAWN SANDLER | ) | |

<u>AFFIDAVIT OF DEFENDANT IN SUPPORT OF
MOTION TO SUPPRESS STATEMENTS</u>

I, Shawn Sandler, do hereby depose and say as follows:

1. I am the defendant in the above-referenced matter.

2. On April 1, 2004, I was brought from the Essex County House of Correction to the U.S. Courthouse in Boston.

3. At about 9:15 a.m., I was taken from the cellblock to an attorney room.

4. Two ATF agents I recognized came into the room. Agent Perret, accompanied by another agent, had come to see me at the Essex County House of Correction in Middleton at least twice.

5. At the federal courthouse, Agent Perret told me to sit down. I said I would not answer any questions without an attorney. One of the agents said that they would not ask me questions about the case, just personal identification questions.

6. They asked me for identifying information, such as my name and Social Security number. I provided the information. Agent Perret then said, "You're going to

don't you help us?"

7. Any comments or statements that I made to the agents on April 1, 2004, other than providing identifying information, were made in response to Agent Perret's request for cooperation.

8. The agents did not read me my rights on April1 1, 2004.

The above is true to the best of my knowledge.

Signed under the penalties of perjury,

*Shawn Sandler* (signature)
Shawn Sandler

Dated: 3-24-05