# EXHIBIT B

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-04<br>Report 046 |

| TITLE OF INVESTIGATION: |
|---|
| 286-294 Broadway, Chelsea, MA 02150 |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 762015-03-0039 | 46 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
|   | REPORT OF INTELLIGENCE |   |   |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| Thomas F. Perret | Special Agent, Boston I (Arson) Field Office | 04/07/2004 |
| **REVIEWED BY (Name)** | **REVIEWED BY (Title and Office)** | **REVIEWED BY (Date)** |
| Christopher D. Porreca | Group Supervisor, Boston I (Arson) Field Office | |
| **APPROVED BY (Name)** | **APPROVED BY (Title and Office)** | **APPROVED BY (Date)** |
| William J. Hoover | Special Agent in Charge, Boston Field Division | |

**DESCRIPTION OF ACTIVITY:**

Arrest processing of Shawn Sandler

**SYNOPSIS:**

On Thursday April 1, 2004 Shawn Sandler was transported from the Essex County House of Correction to United States Federal District Court, Boston, Ma. by the Essex County Sheriff's Department pursuant to a federal arrest warrant lodged at the house of correction on March 26, 2004.

**NARRATIVE:**

1. At approximately 0915 on the above date Special Agents Perret and Kelsch arrived at the cellblock located on the first floor of the Federal Courthouse to conduct the post arrest processing of Sandler. The Deputy Marshals on duty assigned Special Agents Perret and Kelsch to interview room number 1 and said they would bring Sandler from his cell to the interview room. The interview room itself is actually two contiguous rooms that have separate doors but a common wall. Built into the common wall is a screen partition that allows communication between occupants of each room.

2. Moments after Agents Perret and Kelsch settled into their side of the interview room Sandler was brought into the opposing room and the Deputy Marshal departed. Sandler immediately bent over and looked through the screen recognizing Agents Perret and Kelsch from previous court appearances. Agent Kelsch directed Sandler to sit down, at which point Sandler said he was not answering any questions without an attorney. At this point the Agents explained to Sandler that he was only going to be asked biographical questions as part of the arrest

ATF EF 3120.2 (5-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 2 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-04<br>Report 046 |

TITLE OF INVESTIGATION:
286-294 Broadway, Chelsea, MA 02150

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 762015-03-0039 | 46 |

process and nothing about the fires he had been charged with setting. Sandler agreed that he would answer those questions. Agent Perret advised Sandler that when he had an attorney, and one would most likely be appointed to represent him that day for his initial appearance, that the Agents and federal prosecutor would want to discuss with he and his attorney the possibility of his cooperation. Additionally, the Agents explained to Sandler the procedure he could expect that day, the charge against him and the potential penalty.

3. As Agent Kelsch asked Sandler biographical questions and recorded the responses Sandler added, "I'll do my time, I know who you guys want." The Agents reminded Sandler they would like to discuss that when he had an attorney and the biographical questioning continued. Sandler stated, "All I want is to see my son for a couple of days before I go away, you guys can put me on a bracelet." Then Sandler added words to the effect "I'm no rat but he screwed me by not helping me, he's got it coming, that guy fucked me, left me out there." Sandler asked Agent Perret if he was in charge. Agent Perret informed Sandler that Agent Kelsch was the case Agent and that he was assisting him. Sandler stated, "I was incarcerated during some of the fires. If I help (or talk) can you get me put in (OC?)? I don't want to go back to Middleton."

4. Agents Perret and Kelsch completed the biographical questioning and the Deputy Marshal returned Sandler to his cell.

ATF EF 3120.2 (5-98)