UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10148-RCL |
| | ) | |
| SHAWN SANDLER | ) | |

## NOTICE OF WITHDRAWAL

     Undersigned counsel hereby moves to withdraw as counsel for Defendant, Shawn Sandler.

     As grounds for this motion, counsel states that she will be assuming her new duties as Director of the Federal Defender Office.

                                                            SHAWN SANDLER
                                                            By his attorney,

                                                            /s/Miriam Conrad
                                                            Miriam Conrad
                                                               B.B.O. # 550223
                                                            Federal Defender Office
                                                            408 Atlantic Ave., 3rd Floor
                                                            Boston, MA  02110
                                                            Tel: 617-223-8061

May 16, 2005

_____


_____