UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10148-RCL |
| | ) | |
| SHAWN SANDLER | ) | |

<u>NOTICE OF APPEARANCE</u>

    Assistant Federal Defender Catherine K. Byrne hereby files her appearance on behalf of defendant Shawn Sandler.

                                        SHAWN SANDLER
                                        By his attorney,

                                        /s/ Catherine K. Byrne

                                        Catherine K. Byrne
                                            B.B.O. #543838
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

Date:  May 16, 2005