**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10148-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN SANDLER | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the final status conference in this matter, presently scheduled for May 20, 2005, to May 27, 2005, at 10:15 a.m., to accommodate the undersigned AUSA's schedule.  The undersigned AUSA has spoken with the defendant's counsel and she assents to the motion, and further agrees that the time encompassed by the continuance should be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY:   /s/Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3105

May 17, 2005