UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10148-RCL

UNITED STATES OF AMERICA

v.

SHAWN SANDLER

## FURTHER ORDER ON EXCLUDABLE TIME

May 18, 2005

DEIN, M.J.

A Final Status Conference/Hearing on Motion for Discovery was scheduled before this Court for May 20, 2005. The government, with the assent of the defendant, has requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 20, 2005 - May 27, 2005

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference/Hearing on Motion for Discovery has been rescheduled for May 27, 2005 at 10:15 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference**. In addition, the parties shall include in the Joint

**Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

                / s / Judith Gail Dein
                JUDITH GAIL DEIN
                United States Magistrate Judge