UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10148-RCL

UNITED STATES OF AMERICA

v.

SHAWN SANDLER

## FURTHER ORDER ON EXCLUDABLE TIME

May 26, 2005

DEIN, M.J.

A Final Status Conference/Hearing on Motion for Discovery was held before this Court on May 26, 2005. The government agreed to produce additional documents. The Final Status Conference was rescheduled for June 23, 2005. Consequently, this Court orders the following period of time excludable from the time period within which trial must commence:

May 26, 2005 - June 23, 2005

that being the period between the hearing on defendant's motion for discovery and the Final Status Conference.

**The Final Status Conference has been rescheduled for June 23, 2005 at 11:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge