UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10148-RCL

UNITED STATES OF AMERICA

v.

SHAWN SANDLER

## FURTHER ORDER ON EXCLUDABLE TIME

June 23, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

June 23, 2005 through July 1, 2005

that being the period between the Interim Status Conference and the Final Status

Conference.

Based upon the prior orders of the court dated May 21, 2004, July 1, 2004,

August 24, 2004, October 13, 2004, October 28, 2004, December 21, 2004, February

16, 2005, March 23, 2005, April 27, 2005, May 4, 2005, May 18, 2005, May 26, 2005

and this order, as of July 1, 2005 there will be thirteen (13) days of non-excludable time

under the Speedy Trial Act (June 18 - June 30, 2004) and fifty-seven (57) days will

remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge