UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10148-RCL

UNITED STATES OF AMERICA

v.

SHAWN SANDLER

**FINAL STATUS REPORT**

July 1, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, July 1, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary. The defendant's motion to suppress is presently scheduled for argument before the District Judge.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant has filed a motion to suppress which is fully briefed and scheduled for argument before the District Judge.

5. Based upon the prior orders of the court dated May 21, 2004, July 1, 2004, August 24, 2004, October 13, 2004, October 28, 2004, December 21, 2004, February 16, 2005, March 23, 2005, April 27, 2005, May 4, 2005, May 18, 2005, May 26, 2005, and June 23, 2005, as of July 1, 2005 there were thirteen (**13**) days of non-excludable time under the Speedy Trial Act (June 18 - June 30, 2004) and fifty-seven (**57**) days remaining under the Speedy Trial Act in which this case must be tried. The

       pendency of the motion to suppress shall result in further time being excluded under the Speedy Trial Act.

6.    It is estimated that if the case goes to trial, the trial will last approximately eight (8) days.

7.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                          / s / Judith Gail Dein
                                                         Judith Gail Dein
                                                         United States Magistrate Judge