UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
      v.                   )   CRIMINAL NO. 04-10148-RCL
                           )
SHAWN SANDLER              )


MOTION TO CHANGE MOTION TO SUPPRESS STATEMENTS HEARING TO
RULE 11 HEARING AND TO CONTINUE

Defendant, Shawn Sandler, respectfully moves that this Court change the hearing on the Motion to Suppress Statements presently scheduled for November 16, 2005 to a Rule 11 hearing and that the hearing be continued until the week of December 5 or December 12, 2005.

As grounds for this motion, counsel states that defendant and the government are involved in active negotiations which are expected to resolve this case without need for a hearing on this motion.

Defendant agrees to exclude the time attributed to this continuance from the speedy trial calculation.

                              SHAWN SANDLER
                              By his attorney,


                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

Date: November 10, 2005