UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )       CRIMINAL NO. 04-10148-RCL
                            )
SHAWN SANDLER               )
```

<u>MOTION TO CONTINUE SENTENCING</u>

    Defendant, Shawn Sandler, moves to continue his sentencing which is presently scheduled for April 3, 2006 for approximately six weeks until after May 8, 2006.  As reason therefore Counsel states that she is awaiting the results and report of a psychological evaluation.  The Probation department has ascertained that defendant, is a career offender facing a guideline sentence of 151-188 months.  Defense counsel requests that the sentencing be continued in order that the court will be as fully informed about the defendant as possible prior to sentencing.

                                                SHAWN SANDLER
                                                By his attorney,

                                                /s/ Catherine K. Byrne
                                                Catherine K. Byrne
                                                    B.B.O. #543838
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061

CERTIFICATE OF SERVICE

     I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant U.S. Attorney Donald Cabell, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 14, 2006.

                                      /s/Catherine K. Byrne
                                      Catherine K. Byrne