UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )      CRIMINAL NO. 04-10148-RCL
                            )
SHAWN SANDLER               )
```

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant, Shawn Sandler, moves to continue his sentencing which is presently scheduled for April 3, 2006 for approximately six weeks until after May 8, 2006.  As reason therefore Counsel states that she is awaiting the results and report of a psychological evaluation.  The Probation department has ascertained that defendant, is a career offender facing a guideline sentence of 151-188 months.  Counsel requests that the sentencing be continued in order that the court will be as fully informed about the defendant as possible prior to sentencing.

Counsel has discussed this issue with the Assistant United States Attorney in order to narrow the issue as required by Local Rules 112.1 and 7.1.  We have agreed that this short continuance is necessary and in the interests of justice.

```
                              SHAWN SANDLER
                              By his attorney,

                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
                                B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

     I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2006.

                                           /s/Catherine K. Byrne
                                           Catherine K. Byrne