UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10148-RCL |
| ) | |
| SHAWN SANDLER  ) | |

MOTION TO FILE UNDER SEAL

Defendant, Shawn Sandler, respectfully requests that this Court permit him to file Defendant's Sentencing Memorandum under Seal, as it contains personal information that he does not wish to make public.

```
                              SHAWN SANDLER
                              By his attorney,


                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
                                B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant U.S. Attorney Donald Cabell, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2006.

```
                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
```