U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

September 5, 2006

The Honorable Reginald C. Lindsay
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re: SANDLER, Shawn**
    Reg. No. 25165-038
    Docket No. 1:04CR10148-001-RCL

Dear Judge Lindsay:

　　This is in response to the Court's recommendation that Shawn Sandler participate in the Residential Drug Abuse Program (RDAP). Mr. Sandler was sentenced in your court to a 151-month term for Arson.

　　Unfortunately, we were unable to follow the Court's recommendation. Mr. Sandler has been classified as a high security level offender and has been designated to the Allenwood high security level facility in Whitedeer, Pennsylvania. Although the RDAP is not available at high security level facilities, staff will work closely with Mr. Sandler and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Sandler become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

　　Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                    Sincerely,

                                    Rebecca Tamez
                                    Chief

fbk
cc: Warden, USP Allenwood